THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DARRELL WAYNE BARKER, Defendant-Appellant.

(No. 71-280; )

Second District—May 10, 1972.

Opinion by Mr. JUSTICE GUILD.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.

SCHIPPER & BLOCK, INCORPORATED, Plaintiff-Appellant, *v.* CARSON PIRIE SCOTT & COMPANY, Defendant-Appellee.

(No. 71-103; )

Third District—May 9, 1972.